# Order

Michigan Supreme Court
Lansing, Michigan

June 4, 2021

162386

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

GLENN ALLEN ZANTELLO,
  Defendant-Appellant.

SC: 162386
COA: 354847
Van Buren CC: 2019-022045-FH

_____/

  On order of the Court, the application for leave to appeal the October 27, 2020 order of the Court of Appeals is considered. We DIRECT the Van Buren County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

  The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

p0601